[No. 74808-4-I.   Division One.   March 27, 2017.]

WELLS FARGO BANK, NA, *Plaintiff*, v. BRET'S INDEPENDENT, LLC, ET AL., *Defendants*.

PHILIP HOLROYD, *Appellant*, v. BRET HARTMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-07495-8, George F.B. Appel, J., entered January 29, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Verellen, C.J., and Appelwick, J.

[No. 74964-1-I.   Division One.   March 27, 2017.]

REED JASSMANN, *Appellant*, v. NORTHWEST INTERIORS & DESIGN, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-24683-8, Samuel Chung, J., entered March 14, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Spearman, JJ.

[No. 75025-9-I.   Division One.   March 27, 2017.]

*In the Matter of the Guardianship of* S.H.-R.

ANJULI J. HAMMOND, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-7-00457-1, Rajeev D. Majumdar, J. Pro Tem., entered January 27, 2016. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Cox, JJ.